UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re:
TODD AARON FISHER,                                              Chapter 7
    Debtor.                                                         Case No. 17-50059

## ORDER

The debtor filed a voluntary chapter 7 petition on January 24, 2017. ECF Doc. No. 1. On page 5 of the petition, the debtor indicated that exigent circumstances merited a 30-day temporary waiver of the credit counseling requirement. The debtor did not file a certification describing his exigent circumstances.

The Court held a hearing on February 15, 2017, to consider the debtor's request for a 30-day temporary waiver of the credit counseling requirement due to exigent circumstances. *See* ECF Doc. No. 8 (notice of hearing). The debtor did not appear at the hearing. To date, the debtor has neither provided an explanation of his exigent circumstances, nor filed a certificate of completion of the credit counseling course.

Based on the record and the lack of appearance by the debtor, the Court finds that the debtor does not merit a waiver of the prepetition credit counseling requirement.

Accordingly, it is

**O R D E R E D**

That the debtor's request for a temporary waiver of the prepetition credit counseling requirement due to exigent circumstances is **DENIED**.

Copies of this order are directed to be sent to debtor, the chapter 7 trustee, and the U.S. Trustee.

Entered:  02/21/17

*/s/ Rebecca B Connelly*
Rebecca B. Connelly
U.S. Bankruptcy Judge