**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:  TODD AARON FISHER | CASE NO.  17-50059 |
| Debtor(s) | CHAPTER  7 |

**ORDER DISMISSING CASE WITH RESTRICTIONS**

Upon notice and hearing to consider whether to dismiss this case and impose conditions and for good cause shown, it is

O R D E R E D

that this case and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, are hereby **DISMISSED.  Pursuant to 11 U.S.C. § 349, it is further**

O R D E R E D

that **TODD AARON FISHER is hereby prohibited from filing a new petition in this Court under any Chapter for a period of 180 days from the date of this Order**.  It is further

O R D E R E D

that **any new petition in this Court filed by TODD AARON FISHER is further conditioned upon the payment of all outstanding filing fees owed to this Court as of the date of the filing of any new petition**.  It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order.  The trustee's bond shall be released and the trustee discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period.  <u>If the Discharge Order has been issued, the same is rescinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s),  attorney for the debtor(s),  trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

Entered:       March 20, 2017

_____
Rebecca B. Connelly, Chief Judge

VAN03